UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROBERT EUGENE POWELL | § | |
| | § | |
| *versus* | § | CASE NO.  9:25-CV-193-MAC |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES

Before the court is the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (#15).  The Defendant did not file a response.  Judge Stetson recommended that the court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation.  Having considered the motion, the record, and the applicable law, the court is of the opinion that the motion should be granted.  It is therefore

**ORDERED** that the Report and Recommendation Regarding Attorney Fees is **ADOPTED**.  It is further

**ORDERED** that the Plaintiff's application for attorney's fees (#15) is **GRANTED** and the Commissioner of Social Security shall pay Robert Eugene Powell, in care of his attorney, Maren Miller Bam, attorney fees in the amount of $5,984.52 pursuant to the Equal Access to Justice Act. Payment should be mailed to: Robert Eugene Powell, in care of his attorney, Maren Miller Bam, Salus Disability, LLC, 723 The Parkway, Richland, WA 99352.  It is further

**ORDERED** that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney.  If successful at the administrative level, the

Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

SIGNED at Beaumont, Texas, this 26th day of May, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE